JEFFERY S. WILLIAMS (Utah State Bar #6054)
**NELSON CHRISTENSEN**
**HOLLINGWORTH & WILLIAMS**
68 South Main Street Suite 600
Salt Lake City, UT 84101
Telephone: 801-531-8400
jeffw@nchwlaw.com

*Attorneys for Defendant Merrick Bank Corporation*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XAVIER DIMORRA, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK BANK CORPORATION, <br><br> Defendant. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** <br><br> Case No.: 2:18-cv-00165-CW-PMW <br><br> Judge:  Clark Waddoups <br> Magistrate Judge: Paul M. Warner |

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and move this Court for an Order dismissing this case with prejudice, with each party to bear their own respective attorneys' fees and costs.

A proposed order approved as to form was concurrently filed herewith.

SO STIPULATED:

    DATED this 15th day of June, 2018.    **NELSON CHRISTENSEN**
                                                                                   **HOLLINGWORTH & WILLIAMS**

                                                                                       /s/ Jeffery S. Williams
                                                                                   Jeffery S. Williams
                                                                                   *Attorneys for Defendant*

DATED this 15th day of June, 2018.        **MORGAN & MORGAN**

                                                     /s/ Octavio Gomez
                                                    (Signed by Jeffery S. Williams with
                                                    Permission of Octavio Gomez)
                                                    Octavio Gomez,
                                                    *Attorney for Plaintiff*