IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XAVIER DIMORRA,<br><br>        Plaintiff,<br><br>v.<br><br>MERRICK BANK CORPORATION,<br><br>        Defendant. | **ORDER GRANTING STIPULATED<br>MOTION FOR DISMISSAL<br>WITH PREJUDICE**<br><br>Case No.: 2:18-cv-00165-CW-PMW<br><br>Judge:  Clark Waddoups<br>Magistrate Judge: Paul M. Warner |

Based upon the parties' Stipulated Motion for Dismissal with Prejudice and for good

cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled

matter is hereby DISMISSED WITH PREJUDICE in its entirety, with each party to bear their

own respective attorneys' fees and costs.

 DATED this 15th day of June, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge